BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-076 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ARMANDO VASQUEZ-BARRAGAN, | |
| Defendant. | Court: Hon. Lawrence Karlton |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Armando Vasquez-Barragan, on the other hand, through their respective attorneys, that:

(1) the presently set May 21, 2013, status conference shall be continued to July 2, 2013, at 9:15 a.m.; and (2) time from the date of the parties' stipulation, May 17, 2013, through, and including, July 2, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Codes T4

1          (reasonable time for defense counsel to prepare and
2          continuity of defense counsel).
3     The parties stipulate and agree that the United States has
4 produced discovery to defense counsel and defense counsel needs
5 additional time to review the discovery, investigate the facts,
6 conduct legal research regarding possible defenses, and confer
7 with his client regarding these matters.  The parties have
8 discussed settlement of the case, however, more time is needed to
9 reduce their settlement discussions into a formal written plea
10 agreement and then explain the ramifications of the proposed plea
11 agreement to defendant.  The task of conferring with the client
12 is made more difficult due to the need to use a Spanish/English
13 language interpreter to conduct communications between defense
14 counsel and client, and the client is housed in custody outside
15 of Sacramento.  The parties also request additional time because
16 the settlement of defendant's case is made more difficult because
17 he is a defendant in two separate criminal prosecutions before
18 the Court and the parties are attempting to work out a global
19 resolution of both cases.  Finally, defense counsel is
20 unavailable to work on the instant cases for defendant for much
21 of the time between now and July 2, 2013, due to defense
22 counsel's work commitments on two other trials in other courts.
23     Based on these facts, the parties stipulate and agree that
24 the Court shall find:  (1) the trial delay and exclusion of time
25 requested herein is necessary to provide defense counsel
26 reasonable time to prepare defendant's defense, taking into
27 account due diligence; (2) the continuance is needed to ensure
28 continuity of defense counsel; and (3) the ends of justice to be

1  served by granting the requested continuance outweigh the best
2  interests of the public and defendant in a speedy trial.
3  Dated:  May 17, 2013                    /s/ Danny Brace
                                           _____
4                                          DANNY BRACE
                                           Attorney for Defendant
5                                          Armando Vasquez-Barragan
                                           (per telephone authorization)
6
7  Dated:  May 17, 2013                    BENJAMIN B. WAGNER
                                           UNITED STATES ATTORNEY
8
                                                /s/ Samuel Wong
9                                          By: _____
                                           SAMUEL WONG
10                                         Assistant U.S. Attorney
11
12                                **ORDER**
13       The Court, having received, read, and considered the
14  stipulation of the parties, and good cause appearing therefrom,
15  adopts the stipulation of the parties in its entirety as its
16  order.  Based on the stipulation of the parties and the
17  recitation of facts contained therein, the Court finds that the
18  failure to grant a continuance in this case would deny defense
19  counsel reasonable time necessary for effective preparation,
20  taking into account the exercise of due diligence and deny
21  defendant continuity of counsel.  The Court finds that the ends
22  of justice to be served by granting the requested continuance
23  outweigh the best interests of the public and the defendant in a
24  speedy trial.
25       The Court orders that the time from the date of the parties'
26  stipulation, May 17, 2013, to and including the new July 2, 2013,
27  status conference hearing date shall be excluded from computation
28  of time within which the trial of this case must be commenced

under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare and continuity of defense counsel). It is further ordered that the presently set May 21, 2013, status conference shall be continued to July 2, 2013, at 9:15 a.m.

Dated: May 20, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT